United States Bankruptcy Court
Southern District of Mississippi

In re:     Case No. 22-51256-KMS
Rodterrious Eupree Price     Chapter 13
       Debtor

# CERTIFICATE OF NOTICE

District/off: 0538-6     User: mssbad     Page 1 of 3
Date Rcvd: Jul 03, 2025     Form ID: ntcdsm     Total Noticed: 36

The following symbols are used throughout this certificate:
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

##     Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 05, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/codb | + | Rodterrious Eupree Price, Krystal J. Price, 595 Jackson Rd, Hattiesburg, MS 39402-3645 |
| 5162249 | + | Accelerated Financial, P.O. Box 810, Smithfield, VA 23431-0810 |
| 5162253 | + | Chimef/str, Po Box 417, San Francisco, CA 94104-0417 |
| 5162257 | + | Finance System, Inc., 32 S 9th, Richmond, IN 47374-5504 |
| 5162264 | + | Network Services, Inc, P.O. Box 1725, Hattiesburg, MS 39403-1725 |
| 5162265 | + | Republic Finance, P.O. Box 17227, Hattiesburg, MS 39404-7227 |
| 5162268 | + | Summit Financial, 5296 6A Old Hwy 11, Hattiesburg, MS 39402-8380 |
| 5162269 | | Sunbelt Federal Credit Union, 6885 US Hwy 49 #3, Hattiesburg, MS 39402 |
| 5162271 | | Trustcare Express Medi, 6176 US-98, Hattiesburg, MS 39402 |

TOTAL: 9

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | | EDI: MSDOR | Jul 03 2025 23:22:00 | MISSISSIPPI DEPARTMENT OF REVENUE, P.O. BOX 22808, JACKSON, MS 39225-2808 |
| 5162250 | + | Email/Text: bankruptcy@rentacenter.com | Jul 03 2025 19:20:00 | AcceptanceNOW, 5501 Headquarters Dr, Plano, TX 75024-5837 |
| 5162251 | + | Email/Text: bankruptcy@bxs.com | Jul 03 2025 19:20:00 | Bancorp South, PO Box 3370, Tupelo, MS 38803-3370 |
| 5162252 | + | EDI: PHINGENESIS | Jul 03 2025 23:22:00 | Celtic Bank Co, P.O. Box 4488, Beaverton, OR 97076-4402 |
| 5162253 | + | Email/Text: omx-bnc-bk-notices@chime.com | Jul 03 2025 19:20:00 | Chimef/str, Po Box 417, San Francisco, CA 94104-0417 |
| 5162255 | + | Email/PDF: creditonebknotifications@resurgent.com | Jul 03 2025 19:24:33 | Credit One Bank, P.O. Box 98873, Las Vegas, NV 89193-8873 |
| 5162256 | + | Email/Text: bankruptcy@kornerstonecredit.com | Jul 03 2025 19:20:00 | Crest Financial Servic, 61 W. 13490 South, Draper, UT 84020-7205 |
| 5162258 | + | EDI: AMINFOFP.COM | Jul 03 2025 23:22:00 | First Premier Bank, 3820 N Louise Ave, Sioux Falls, SD 57107-0145 |
| 5162259 | + | Email/Text: FSBank@franklinservice.com | Jul 03 2025 19:20:00 | Franklin Collection Se, 2978 W Jackson St, Tupelo, MS 38801-6731 |
| 5181705 | + | Email/Text: office@hillfirmlaw.com | Jul 03 2025 19:20:00 | Frigg Finance, LLC, c/o The Hill Firm, PLLC, P.O. Box 150529, Nashville, TN 37215-0529 |
| 5177169 | + | Email/Text: kristie.pope@hattiesburgclinic.com | Jul 03 2025 19:20:00 | HATTIESBURG CLINIC PA, 415 S 28TH AVE, HATTIESBURG, MS 39401-7283 |
| 5182485 | | Email/Text: jefdun@gmail.com | | |

| District/off: 0538-6 | User: mssbad | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jul 03, 2025 | Form ID: ntcdsm | Total Noticed: 36 |

| Recip ID | | Delivery Method | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | Jul 03 2025 19:20:00 | JD Receivables LLC, PO Box 382656, Germantown, TN 38183 |
| 5162260 | + | EDI: CAPITALONE.COM | Jul 03 2025 23:21:00 | Kohls/Capital One, Po Box 3115, Milwaukee, WI 53201-3115 |
| 5163661 | | Email/PDF: resurgentbknotifications@resurgent.com | Jul 03 2025 19:24:34 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5174283 | ^ | MEBN | Jul 03 2025 19:17:01 | Lakeview Loan Servicing, LLC, M & T Bank, Bankruptcy Department, P.O. Box 840, Buffalo, NY 14240-0840 |
| 5280145 | ^ | MEBN | Jul 03 2025 19:17:02 | Lakeview Loan Servicing, LLC, et al., M & T Bank, Bankruptcy Department, P.O. Box 840, Buffalo, NY 14240-0840 |
| 5162261 | | Email/Text: camanagement@mtb.com | Jul 03 2025 19:20:00 | M & T Bank, Po Box 900, Millsboro, DE 19966 |
| 5177547 | + | Email/Text: pasi_bankruptcy@chs.net | Jul 03 2025 19:20:00 | Merit Health Wesley, c/o PASI, PO Box 188, Brentwood TN 37024-0188 |
| 5162262 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Jul 03 2025 19:24:33 | Merrick Bank Corp, Po Box 9201, Old Bethpage, NY 11804-9001 |
| 5162263 | | EDI: MSDOR | Jul 03 2025 23:22:00 | Mississippi Department of Revenue, Bankruptcy Section, Post Office Box 22808, Jackson, MS 39225-2808 |
| 5181198 | + | EDI: JEFFERSONCAP.COM | Jul 03 2025 23:22:00 | Premier Bankcard, LLC, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud MN 56302-7999 |
| 5165116 | | Email/Text: bankruptcy@republicfinance.com | Jul 03 2025 19:20:00 | Republic Finance, LLC, 282 Tower Rd, Ponchatoula, LA 70454 |
| 5162266 | + | Email/PDF: resurgentbknotifications@resurgent.com | Jul 03 2025 19:24:34 | Resurgent Capital Serv, 15 South Main St, Ste 600, Greenville, SC 29601-2768 |
| 5162267 | | Email/Text: bankruptcy@springoakscapital.com | Jul 03 2025 19:20:00 | Spring Oaks Capital, 1400 Crossways Blvd, Suite 100 B, Chesapeake, VA 23334 |
| 5182409 | | Email/Text: bankruptcy@springoakscapital.com | Jul 03 2025 19:20:00 | Spring Oaks Capital SPV, LLC., P O Box 1216, Chesapeake, VA. 23327-1216 |
| 5162270 | + | EDI: WTRRNBANK.COM | Jul 03 2025 23:22:00 | Target Nb, Po Box 673, Minneapolis, MN 55440-0673 |
| 5165478 | + | Email/Text: FSBank@franklinservice.com | Jul 03 2025 19:20:00 | Trustcare Express Medical Clinic, c/o Franklin Service Inc, Po Box 3910, Tupelo, MS 38803-3910 |
| 5164410 | | Email/PDF: OGCRegionIVBankruptcy@hud.gov | Jul 03 2025 19:24:40 | U.S. Department of Housing and Urban Development, US Department of HUD, 40 Marietta Street, Atlanta, GA 30303 |

TOTAL: 28

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | LAKEVIEW LOAN SERVICING, LLC |
| cr | | LAKEVIEW LOAN SERVICING, LLC AS SERVICED BY M & T |
| 5162254 | ##+ | Comprehensive Rad Serv, 5000 W 4th St, Hattiesburg, MS 39402-1000 |

TOTAL: 2 Undeliverable, 0 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities**

| District/off: 0538-6 | User: mssbad | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Jul 03, 2025 | Form ID: ntcdsm | Total Noticed: 36 |

in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 05, 2025          Signature:          /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 3, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| David Rawlings | ecfnotices@rawlings13.net  sduncan@rawlings13.net |
| David Rawlings | on behalf of Trustee David Rawlings ecfnotices@rawlings13.net  sduncan@rawlings13.net |
| Karen A. Maxcy | on behalf of Creditor LAKEVIEW LOAN SERVICING  LLC AS SERVICED BY M & T BANK karen.maxcy@mccalla.com, BankruptcyECFMail@mccallaraymer.com;mccallaecf@ecf.courtdrive.com |
| Karen A. Maxcy | on behalf of Creditor LAKEVIEW LOAN SERVICING  LLC karen.maxcy@mccalla.com, BankruptcyECFMail@mccallaraymer.com;mccallaecf@ecf.courtdrive.com |
| Michael J McCormick | on behalf of Creditor LAKEVIEW LOAN SERVICING  LLC Michael.McCormick@mccalla.com, mccallaecf@ecf.courtdrive.com |
| Thomas Carl Rollins, Jr | on behalf of Debtor Rodterrious Eupree Price trollins@therollinsfirm.com jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com |
| United States Trustee | USTPRegion05.JA.ECF@usdoj.gov |

TOTAL: 7

Form ntcdsm (Rev. 12/23)

# UNITED STATES BANKRUPTCY COURT
## Southern District of Mississippi

Case No.: 22−51256−KMS
Chapter: 13

In re:
   Rodterrious Eupree Price
   595 Jackson Rd
   Hattiesburg, MS 39402

Last four digits of Social−Security or Individual Tax−Payer−Identification (ITIN) No(s)., (if any):
   xxx−xx−1993

Employer Tax Identification No(s). (if any):

## Notice of Dismissal

You are hereby notified that an Order Dismissing the above case was entered on July 3, 2025.

Dated: 7/3/25

Danny L. Miller, Clerk of Court
Dan M. Russell, Jr. U.S. Courthouse
2012 15th Street, Suite 244
Gulfport, MS 39501
228−563−1790